■ In the Matter of GALLANT JOE'S REST., INC., v. NEW YORK STATE LIQUOR AUTHORITY.— Motion for an enlargement of time and for a stay granted on condition that the petitioner procures the record in this proceeding and petitioner's points to be served and filed on or before March 5, 1963, with notice of argument for the April 1963 Term of this court, said proceeding to

be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.